JOSEPH L. MARTIN, JR., ET AL. *v.* JOGG HILL, INC.

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Thomas Dolan,* in support of the petition.

Submitted August 27—decided October 6, 1971

WILLIAM J. KERIN *v.* CITY PLANNING COMMISSION, TOWN OF BRISTOL

The petition by the defendant for certification is denied in view of the appeal pending from the August 30, 1971, judgment of the Court of Common Pleas.

*Edward C. Krawiecki,* corporation counsel, in support of the petition.

Submitted September 20—decided October 6, 1971

RAYMOND LAVOIE *v.* ARBOR HOMES, INC., ET AL.

The application by the named defendant for a stay of proceedings in the appeal from the Court of Common Pleas in Hartford County is denied.

*Norman S. Drubner,* in support of the application.

Submitted September 27—decided October 6, 1971